Date: 08/18/11

193808

Page: 1

Rung 8-24-11

KLH

## DIVIDENDS REMITTED TO THE COURT
Check Number 1017 Dated 08/18/11
Case Number 08-41830 - BAKER, LINDA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000004 | 744.69 | 4.05 |
| Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | 000016 | 151.95 | 0.83 |
| ---------- Remittance Total ---------- | | 896.64 | 4.88 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED
11 AUG 24 AM 9:29
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

COURT1

Printed: 08/18/11 01:25 PM    Ver: 16.02b